No. 484. TURNER *v.* WINTERS. Jurisdictional statement submitted February 24, 1930. Decided March 3, 1930. *Per Curiam:* The appeal herein is dismissed for the want of jurisdiction. Section 237 (a), Judicial Code, as amended by the Act of February 13, 1925 (43 Stat. 936, 937).

Treating the papers whereon the appeal was allowed as a petition for certiorari as required by § 237 (c) of the Judicial Code as amended by the Act of February 13, 1925 (43 Stat. 936, 938), certiorari is denied. *Mr. Samuel A. King* for appellant. *Messrs. Charles M. Morris* and *Edward R. Callister* for appellee.